# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jesus Chaidez, | ) | Case No. 4:21-mj-70311-MAG |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
Feb 19 2021
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 20 2020__ in the county of __Alameda__ in the __Northern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a firearm and/or ammunition by a convicted felon. |
| Penalties: | Max penalties – 10 years prison, $250,000 fine, 3 years of supervised release, forfeiture, $100 special assessment. |

This criminal complaint is based on these facts:

See attached Affidavit of FBI, Brett Woolard

☑ Continued on the attached sheet.

Approved as to form /s/ *Thomas R. Green*
AUSA THOMAS R. GREEN

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.

/s/ *Brett Woolard*
*Complainant's signature*

FBI SA Brett Woolard
*Printed name and title*

Date: February 19, 2021

City and state: San Jose, CA

*Judge's signature*

HON. VIRGINIA K. DEMARCHI
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**

I, Brett Woolard, Special Agent of the Federal Bureau of Investigation, being duly sworn, hereby declare as follows:

**I.    INTRODUCTION**

1. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging JUAN JESUS CHAIDEZ with Felon in Possession of Ammunition in violation of 18 U.S.C. § 922(g)(1).

2. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me or the FBI concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause to believe that, on or around October 20, 2020, CHAIDEZ, a convicted felon, did knowingly possess a .357 caliber handgun with an extended magazine containing nine rounds of .357 caliber ammunition, and an ammunition box containing 43 rounds of .357 caliber ammunition in violation of 18 U.S.C. § 922(g)(1) when he was arrested by the United States Marshals Fugitive Task Force (USMFTF).  The statements contained in this affidavit are based on information provided to me by other law enforcement officers, witnesses, and my training, experience, and knowledge.

**II.    AFFIANT BACKGROUND**

3. I am a Special Agent of the FBI and have been so employed since August of 2019.  Currently I am assigned to the Violent Crimes and Major Offender Squad at the Oakland Resident Agency, San Francisco Field Office.

4. I am a graduate of the FBI Academy in Quantico, Virginia. As part of my training to become a Special Agent, I received approximately 20 weeks of instruction at the FBI Academy. Since graduating from the Academy, I have conducted and participated in investigations of firearms-related offenses, drug offenses, and fugitive apprehension. During these investigations, I have utilized or participated in various types of investigative techniques, including electronic surveillance pursuant to court-authorized wiretaps, controlled purchases of narcotics from suspects, physical surveillance, investigative interviews, GPS tracking devices, and pole-mounted cameras. I have participated in the execution of federal arrest and search warrants.

## IV. STATEMENT OF PROBABLE CAUSE

### A. CHAIDEZ Found in Possession of a Firearm While Being Arrested for Attempted Murder

5. On October 20, 2020 the USMFTF was conducting surveillance at the Extended Stay America Hotel at 4555 Chabot Road, Pleasanton, California, in an attempt to locate CHAIDEZ for an outstanding felony arrest warrant for California Penal Code section 187 Attempted Murder charges, as described further below. At the time CHAIDEZ was also on active Parole for a prior Robbery conviction. Task force officers contacted CHAIDEZ's Parole Agent and confirmed that CHAIDEZ was staying at the hotel with his girlfriend. At approximately 6:30 p.m. a male, later confirmed to be CHAIDEZ, exited the hotel with a female and approached the parking lot. CHAIDEZ entered the driver's seat of a blue BMW. Task force officers surrounded the vehicle and gave CHAIDEZ verbal commands to show his hands to officers, which were located near the center console. CHAIDEZ did not comply with the commands and kept his hands near the center console. Officers attempted to open the doors, which were locked, and continued to give verbal commands to open the car doors that CHAIDEZ ignored. Officers noticed that CHAIDEZ was sitting on a large black object and believed it could be a firearm. Given that CHAIDEZ had a warrant for attempted murder and possibly had a firearm under his leg the officers broke the passenger window and unlocked the doors. As the task force officers made contact with CHAIDEZ he stated, "I have a gun in my pocket." Officers removed the firearm from his left jacket pocket and placed CHAIDEZ under arrest. The item under CHAIDEZ's leg was found to be a power inverter. The firearm was originally identified as a Glock 31 (Serial Number: BHZX820) .357 caliber pistol with an extended 30 round magazine containing eight .357 caliber rounds. As described further below, the firearm was later determined to be a homemade firearm and the magazine was determined to contain nine rounds. There was no round in the chamber.

6. After CHAIDEZ was taken into custody, Task Force officers spoke with the female that was accompanying him. She stated that she had previously been in a romantic relationship with CHAIDEZ that had ended approximately two months earlier due to a domestic violence incident.[1] She rented the room for herself and CHIADEZ after learning he had been

---

[1] A police report corroborates the female's statement regarding domestic violence, with officers observing injuries to her face upon responding to a car crash on Highway 880 on August 20, 2020. The female was the sole occupant of the car that crashed into a soundwall on the highway, with the female describing to police that she was attempting

2

involved in a dispute in Oakland and had been shot. She rented the room under her name only. She stated that she left CHAIDEZ two days earlier after they had a fight but allowed CHIADEZ to stay in the room. She said that no other people had access to the room other than herself and CHAIDEZ. When she was informed that a gun had been found in CHIADEZ's pocket she said she had previously seen the firearm but did not know he had it at the time of the arrest. She said that the firearm did not belong to her and she had not handled the firearm other than one time when CHIADEZ put it in her lap. She also denied knowing of any other firearms or ammunition in the hotel room. Officers informed her that, based on CHAIDEZ's active Parole terms, the room was going to be searched. She provided the officers with a keycard to the room and stated that she had removed all of her belongings from the room when she left two days prior.

7. Task force officers searched CHAIDEZ's room, Room 244, and located a black backpack which contained a box of .357 caliber ammunition containing 43 rounds. Officers also found an empty .223 caliber rifle magazine. Consistent with her prior statement, the female accompanying CHAIDEZ stated that she was not aware of any other firearms or ammunition being in the room.

### B.   Interstate Nexus

8. On December 28, 2020 a Special Agent with the Bureau of Alcohol, Tobacco, and Firearms (ATF) who is an interstate nexus expert examined a photograph of the firearm that was found on CHAIDEZ's person and the box of 43 rounds of .357 caliber ammunition found in CHAIDEZ's hotel room. The ATF agent confirmed that all 43 rounds of ammunition in the box were manufactured outside of the state of California and therefore travelled in interstate commerce to reach California. The firearm was identified as a homemade firearm referred to as a "P80" or "Polymer 80." An individual can purchase an unfinished polymer lower receiver for a firearm that is approximately 80% complete, then machine the receiver themselves, and complete the firearm by adding the remaining components and a pre-manufactured slide. On January 15, 2021, the FBI took possession of the firearm and ammunition originally seized by the California Highway Patrol at the time of CHAIDEZ's arrest, and discovered there were nine rounds in the

---

to drive away from Chaidez who was following her in a high speed car chase up until the accident. She further described that her facial injuries resulted from Chaidez assaulting her and a history of him physically abusing her. Another witness described observing her car being chased at a high speed by another vehicle before she spun out of control and came to a rest on the shoulder of the highway.

magazine that was taken from CHIADEZ.[2] An ATF Special Agent reviewed a photograph of the rounds retrieved from the magazine and confirmed that all nine rounds were manufactured outside of the state of California and therefore travelled in interstate commerce to reach California.

### C. CHAIDEZ's Prior Felony Convictions and Gun Crimes

9. CHAIDEZ has two prior felony convictions and a parole violation for unlawful possession of a firearm. On March 25, 2014 CHAIDEZ was convicted of a felony violation of California Penal Code Section 211 Second Degree Robbery and sentenced to one year in custody and five years of probation with a firearm restriction imposed as a condition of his probation. On March 8, 2017 CHAIDEZ was convicted of a felony violation of California Penal Code section 459 Burglary and sentenced to 16 months in custody. On July 31, 2018 CHAIDEZ was sentenced to six months in prison for violating California Penal Code section 3455 Violation of Post Release Community Supervision after he was found in possession of a firearm. He is presently on parole supervision.

*CHAIDEZ's Penal Code Section 211 Robbery Conviction*

10. According to the police reports associated with defendant's arrest, on November 17, 2012 at approximately 11:31 p.m., Alameda County Sheriff's Deputies were called to Spanky's Bar at 20812 Baker Road, Castro Valley, CA for reports of an armed robbery. The victim of the robbery stated that he had arrived at the bar at approximately 11:30 p.m. and went straight into the bathroom. Two men were already standing in the bathroom and one asked the victim "Where you from?" The victim recognized this as an attempt to verify if he was a rival gang member. The victim stated that he had no gang affiliation, but the man said, "No, you claim something," and the second man, later identified as CHAIDEZ, said, "Give me what you got." The victim heard what he believed to be a gunshot and gave the men his wallet and cell phone. CHAIDEZ and the other man proceeded to push the victim down and began to strike him with their fists and feet. The victim was able to crawl out of the bathroom where security personnel saw him and called 911. A .25 caliber casing was found in the bathroom, but no firearm was found on either of the subjects or in the subsequent search of the surrounding area.

---

[2] It was originally believed that there were eight (8) rounds in the magazine based on what was first perceived through the viewing windows on the magazine.

### *CHAIDEZ's Penal Code section 459 Burglary Conviction*

11.     According to the police reports associated with defendant's arrest, on September 27, 2016 at approximately 4:09 a.m. a Walnut Creek Police Officer was approached by a man stating that there was someone in his truck on Esplanade Place, Walnut Creek, CA. The officer approached the vehicle and a man who identified himself as JUAN CHAIDEZ climbed out of the rear seat. The officer confirmed CHAIDEZ's identity and found CHAIDEZ was on probation for a robbery charge and had a warrant for his arrest for robbery in Alameda County. The truck's driver's side door lock was damaged, the radio was pulled from the dashboard, and there was a folded dollar bill on the floorboard that the victim stated did not belong to him. The dollar bill contained a substance resembling methamphetamine. The remote control for the truck's radio was found inside CHAIDEZ's front left pocket.

### *CHAIDEZ's Penal Code Section 3455 PRCS Firearm Violation*

12.     According to the police reports associated with defendant's arrest, on September 3, 2017 at approximately 3:05 a.m. a San Leandro Police Officer observed a Black Lexus 4 door vehicle run a red light at 14 Street and 136th Avenue, San Leandro, CA.  The officer followed the vehicle which pulled over and activated its hazard lights on its own. The officer approached the vehicle to speak to the driver, later identified as CHAIDEZ. There were three other individuals in the vehicle. The officer asked if CHAIDEZ was alright due to his erratic driving. CHAIDEZ apologized and stated he was just taking the "girls" home and he had been trying to fix his air vent. CHAIDEZ was holding the dashboard air vent in his hand. The officer advised CHAIDEZ to go straight home and let him go. CHAIDEZ immediately ran a second red light and the officer initiated a traffic stop. CHAIDEZ did not have his license but advised that he was on probation with a search clause. The officer detained CHAIDEZ and arrested another passenger who had a warrant. The officer conducted a search of the vehicle and one of the female passengers told him there was a gun in the dashboard behind the air conditioner. As the officer proceeded to search the interior of the vehicle's dashboard CHAIDEZ grew agitated and began to yell and kick the door of the patrol vehicle he was being detained in. The female passenger stated that the reason CHAIDEZ was holding the air conditioner vent in his hand during their first contact was because

he was attempting to hide the firearm. The officer located a black and silver .40 caliber Taurus handgun with a live round in the chamber and four rounds in its high capacity magazine.

### *Recent Felony Arrest For Attempted Murder*

13.     When CHAIDEZ was located and arrested on October 20, 2020,[3] the USMFTF was seeking to execute an outstanding felony arrest warrant for California Penal Code section 187 Attempted Murder charges against CHAIDEZ. The charges against CHAIDEZ stem from events that took place on September 2, 2020, when CHAIDEZ was involved in a shooting incident in the vicinity of 9332 Empire Road, Oakland, California. On that day, at approximately 1:30 p.m., officers of the Oakland Police Department were dispatched to Empire Road to respond to reports of a shooting. Upon arrival, a man, later identified as CHAIDEZ, was laying on the ground suffering from seven gunshot wounds to his left arm, left leg, and torso. After CHAIDEZ was transported to the hospital, the officers initiated a search of the area to determine the circumstances of the shooting. Officers found video surveillance footage of the incident as well as several witnesses. Surveillance video showed that, at approximately 1:15 p.m., CHAIDEZ approached a female who had just exited the driver's seat of her vehicle. CHAIDEZ attempted to enter the driver's seat but the female blocked him. Another male (M1) pulled CHAIDEZ away from the vehicle and attempted to hold him against the side of the building located at 9332 Empire Road. At this point CHAIDEZ produced a gun and pointed it at M1 who let him go. CHAIDEZ then stuck the female multiple times in the head with the gun. Another male (M2) exited the passenger's seat of the vehicle and pointed a gun at CHAIDEZ and fired. M2 and CHAIDEZ began to shoot at each other. During the firefight CHAIDEZ was struck seven times. After CHAIDEZ fell to the ground M2 began to strike him with his gun and stomp him with his feet, then the female and M2 gathered property from CHAIDEZ and fled in the female's vehicle. Witnesses corroborated the surveillance video. CHAIDEZ was charged with

---

[3] Beyond the domestic violence police report and the pending attempted murder charges, CHAIDEZ also has pending felony charges for Reckless Evasion, in violation of California Vehicle Code section 2800.2(a), and Evading an Officer By Driving Opposite Traffic, in violation of California Vehicle Code section 2800.4. Those charges stems from a high speed car chase on March 5, 2020, in which defendant sped at a high speed from officers, ran at least one red light, drove in the lane of oncoming traffic and caused multiple vehicles to swerve to avoid being hit. Though pursuing officers had to halt their pursuit due to the danger CHAIDEZ created, officers were ultimately able to arrest him when CHAIDEZ attempted to flee the vehicle on foot after coming to a stop.

one felony count of each of the following violations: California Penal Code section 187 Attempted Murder, California Penal Code section 245(B) Assault with a Semi-automatic Firearm, California Penal Code section 245(A)(2) Assault with a Firearm, California Penal Code section 25850(C)(6) Carrying a Loaded Firearm Not Registered Owner, California Penal Code section 29800(A)(1) Possession of a Firearm by a Prohibited Person, and California Penal Code section 30305(A)(1) Possession of Ammunition by a Prohibited Person.

**V.      CONCLUSION**

14.     Based on the facts and information detailed in this affidavit, I submit that probable cause exists that on or about October 20, 2020, JUAN JESUS CHAIDEZ violated 18 U.S.C. § 922(g)(1), Felon in Possession of Ammunition.

15.     As a result of the foregoing, I respectfully request that the Court issue a criminal complaint and a warrant for CHAIDEZ's arrest.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge, information, and belief.

*/s/ Brett Woolard*
Special Agent Brett Woolard
Federal Bureau of Investigation


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by phone.
THIS ___19___ DAY OF FEBRUARY, 2021.

*Virginia K. DeMarchi*
HONORABLE VIRGINIA K. DeMARCHI
United States Magistrate Judge