GEOFFREY A. HANSEN
Acting Federal Public Defender
Northern District of California
JEROME E. MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:   (510) 637-3500
Facsimile:   (510) 637-3507
Email:        Jerome_Matthews@fd.org


Counsel for Defendant Chaidez

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No.:** CR 21–00377 JSW |
| Plaintiff, | **DECLARATION OF MADELINE LARSEN** |
| v. | |
| JUAN CHAIDEZ, | |
| Defendant. | |

I, Madeline Larsen, declare the following to be true:

1.      I am a Federal Public Defender Investigator and I am the assigned investigator in this matter. I have personal knowledge of the facts stated in this declaration and would testify competently to these facts under oath if called as a witness.

2.      On December 2, 2021, I spoke with Alameda County Probation Officer Natalie Milner. Officer Milner supervised Mr. Chaidez during 2020, including the date on which he was arrested for the present charge.

3.      Officer Milner noted that Mr. Chaidez would call her periodically and stay in touch. He requested a housing referral and was very proactive in checking on the status of his request. He also

frequently would tell her how being shot was a life-changing experience for him and how he was trying to learn from his mistakes. Officer Milner stated she believes that Mr. Chaidez has the potential to rehabilitate and approvingly observed that he was working on leaving the criminal social environment in which he lived. She believed that he would have a better chance in a better neighborhood.

4.     On December 3, 2021, I spoke with Alameda County Deputy Sheriff Greg McLean. Deputy McLean works in the housing units at Santa Rita Jail and knows Mr. Chaidez. Deputy McLean is familiar with some of Mr. Chaidez's history and described him as someone who was "just dealt a bad hand." Deputy McLean has observed Mr. Chaidez's behavior while he has been in custody and states that Mr. Chaidez is compliant and not disruptive in custody. Mr. Chaidez confided in him that prior to his October 2020 arrest he was working and seeking ways to improve his life. Deputy McLean observed that being shot was really a wakeup call for Mr. Chaidez and said he views Mr. Chaidez as one of those individuals who still has a real chance of being rehabilitated and leaving the criminal world behind.

5.     On December 6, 2021, I spoke with Parole Agent Alejandro Tejeda who supervised Mr. Chaidez during the entirety of his parole term. Agent Tejeda had a good rapport with Mr. Chaidez. Agent Tejeda noted that Mr. Chaidez had been using heroin since his mother died several years ago but that he had recently been trying to be admitted to the Delancy Street substance abuse program.

6.     In September 2020, Agent Tejeda visited Mr. Chaidez in the hospital after the shooting, and, at Mr. Chaidez's request, also contacted his attorney to let him know that he was hospitalized and would miss an upcoming court date. According to Agent Tejeda, after Mr. Chaidez was released from the hospital, he stayed in touch, regularly reported his whereabouts, and made himself available to meet with Tejeda upon request.

7.     Mr. Chaidez discharged from parole on September 23, 2021.

1    I declare under penalty of perjury that the foregoing is true and correct.

2    EXECUTED this 11th day of January 2022, at Oakland, California.

3

4                    ___/S/ MADELINE LARSEN__

5                        Madeline Larsen

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28