1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6
7    UNITED STATES OF AMERICA,          Case No. 21-cr-00377-JSW-1
8                    Plaintiff,
                                        **ORDER DENYING GOVERNMENT'S**
9          v.                           **MOTION FOR CLARIFICATION**
10   CHAIDEZ,                            Re: Dkt. No. 76
11                    Defendant.
12
13          On October 22, 2024, the Government filed a motion for clarification of the Court's Order

14   regarding the use of hearsay evidence at an evidentiary hearing to address Defendant's alleged

15   violations of supervised release.  The Court applied the balancing test required by *United States v.*

16   *Comito*, 177 F.3d 1166, 1170 (9th Cir. 1999).  That test applies to hearsay evidence subject to

17   exceptions. *Valdivia v. Schwarzenegger*, 599 F.3d 984 (9th Cir. 2010).  The Government argues

18   the Court should consider the balancing factors set forth in *Comito* to the evidence it said it would

19   be willing to admit at an evidentiary hearing.  The Government argues that because excited

20   utterances are nontestimonial, the statements from the 911 call should be admissible.  The court in

21   *Valdivia* addressed testimonial and nontestimonial statements and still held that both "are

22   admissible against a parolee provided the hearsay fulfills *Comito* balancing." *Id.* at 990-91.  That

23   court also noted that unlike criminal defendants who may be able to exclude admissible hearsay

24   under Federal Rule of Evidence 403, parolees, like defendants facing revocation of supervised

25   release, do not have those protections. *Id.* at 991.

26          The Court conducted the *Comito* balancing test and expressly ruled that there was nothing

27   to put on the Government's side of the scale.  It concluded that "unless the Government

28   demonstrates good cause, the Court will not permit the Government to rely on" the victim's

hearsay statement.

That ruling requires no clarification or reconsideration.  The Government's motion is DENIED.

**IT IS SO ORDERED**.

Dated: November 8, 2024

_____
JEFFREY S. WHITE
United States District Judge