UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN JESUS CHAIDEZ,<br><br>Defendant. | Case No. 21-cr-00377-JSW-1<br><br>**ORDER ADDRESSING STIPULATION AND JOINT REQUEST REGARDING THE ADMISSION OF EXHIBITS**<br><br>Dkt. No. 92 |

On January 9, 2025 and January 13, 2025, the parties appeared before the Court for an evidentiary hearing to determine whether Defendant Juan Jesus Chaidez ("Mr. Chaidez") violated his conditions of supervised release by: (1) assaulting his ex-girlfriend in the early hours of December 27, 2023 in violation of California Penal Code § 273.5(a); (2) changing his address without notifying his probation officer, Salvador Tinoco ("Officer Tinoco"), in writing within 72 hours of the change; (3) knowingly leaving the District without first obtaining permission from Mr. Tinoco; (4) failing to follow the instructions of Mr. Tinoco by not reporting to a meeting scheduled for January 10, 2024; (5) failing to participate in a program of drug treatment and testing; and (6) being in possession of a stolen vehicle, in violation of California Penal Code § 496D(a).  (*See* Dkt. No. 37, Form 12.)

The Court conducted the hearing and conditionally admitted certain exhibits over a standing hearsay objection.  On January 16, 2025, the Court issued an Order that set forth its findings and addressed the hearsay objections.  (Dkt. No. 91.)  On January 31, 2025, the parties submitted a stipulation requesting clarification from the Court about its rulings on certain exhibits.  (Dkt. No. 92.)  Upon review of that stipulation and the record, it has come to the Court's attention that it excluded Exhibits 14 and 16 during the hearing.  However, it cited to those exhibits in the

Order. Because the Court excluded the exhibits, the citation to them was an error but does not alter the Court's ruling on Charge 1, and the Court will issue an amended Order that removes the reference to Exhibits 14 through 16.

The Government did not formally move to admit Exhibit 1, which was the video from Officer Pritchard's Body Worn Camera. However, the Court watched the video at the hearing and relied on it. Accordingly, the Court ADMITS Exhibit 1. The Court did not rely on Exhibit 13 and therefore sustains Defendant's objections to that Exhibit.

Therefore, within ten (10) days of this Order the parties shall electronically file the following exhibits: 1, 5, 12 (the first 2 paragraphs), 19, 20, 22, 23, 27-33, and 35-42. The parties shall redact any personal identifying information from the filed admitted exhibits and shall file Exhibits 27-32 under seal.

**IT IS SO ORDERED**.

Dated: February 11, 2025

_____
JEFFREY S. WHITE
United States District Judge